Case 5:20-cv-10356-JEL-APP   ECF No. 1-1, PageID.10   Filed 02/11/20   Page 1 of 3

Nard, et al. v. Snyder, et al.
Exhibit A

| File_No | Name | Affected Address | City | State | Zip | Capacity | Current Address | City | State of Residence | Child's Initials | Fiduciary | Exposure Start | Exposure End | Property Ownership Start | Property Ownership End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33232 | Karen Nard | 2710 Prospect Street | Flint | MI | 48504 | Self | 2710 Prospect Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36854 | Carla Thomas | 2714 Kellar Avenue | Flint | MI | 48504 | Self | 2714 Kellar Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47339 | Lucia S Chapman | 2729 Norbert St | Flint | MI | 48504 | Self | 2729 Norbert St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 33100 | Ta'Mia Farmer | 2741 Wolcott St | Flint | MI | 48504 | Self | 2741 Wolcott St | Flint | MI | | | 4/24/2014 | Present | | |
| 33021 | Tauteece Miller | 2741 Wolcott St | Flint | MI | 48504 | Self | 2741 Wolcott St | Flint | MI | | | 4/24/2014 | Present | | |
| 43503 | Norma Woodbury | 2802 Berkley St | Flint | MI | 48504 | Self | 2802 Berkley St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36727 | Joni Carrington | 2802 Hillcrest Avenue | Flint | MI | 48507 | Self | 2802 Hillcrest Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 33855 | Laurence Mott | 2805 Gibson St. | Flint | MI | 48503 | Self | 2805 Gibson St | Flint | MI | | | 4/24/2014 | Present | | |
| 33116 | Ernest Martin | 2809 N. Chevrolet Ave | Flint | MI | 48504 | Self | 2809 N. Chevrolet Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 45443 | Ernestine Lee | 2810 E PIERSON RD | FLINT | MI | 48504 | Self | 2810 E PIERSON RD | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 46335 | Steven C. Ekhardt | 2813 Raskob St | Flint | MI | 48504 | Self | 2813 Raskob St | Flint | MI | | | 4/24/2014 | Present | | |
| 48598 | Tywan Deloney | 2817 YALE ST | FLINT | MI | 48503 | Self | 2817 YALE ST | FLINT | MI | | | 4/24/2014 | Present | | |
| 35533 | Delories Watson | 2818 Cherokee Ave | Flint | MI | 48507 | Self | 2818 Cherokee Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 37089 | Alexis Werda | 2818 Miller Road | Flint | MI | 48503 | Self | 2818 Miller Road | Flint | MI | | | 4/24/2014 | Present | | |
| 32142 | Linston Jones | 2819 Mallery St | Flint | MI | 48504 | Self | 2819 Mallery St | Flint | MI | | | 4/24/2014 | Present | | |
| 32383 | Carolyn Carpenter | 2821 Stevenson Street | Flint | MI | 48504 | Self | 2821 Stevenson Street | Flint | MI | | | 4/24/2014 | Present | | |
| 20755 | Daniel Lebert | 2826 Comanche Avenue | Flint | MI | 48507 | Self | 2826 Comanche Avenue | Flint | MI | | | 4/24/2014 | Present | | |
| 41622 | James Bronson | 2830 Gamma Lane | Flint | MI | 48506 | Self | 2830 Gamma Lane | Flint | MI | | | 4/24/2014 | Present | | Present |
| 35931 | Delano Whidbee | 2835 Begole St. | Flint | MI | 48504 | Self | 2835 Begole St. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 38351 | Tavionne Boone | 2844 Barth Street | Flint | MI | 48504 | Self | 2844 Barth Street | Flint | MI | | | 4/24/2014 | Present | | |
| 33815 | Vivian Anderson | 2847 Mackin Road | Flint | MI | 48504 | Self | 2847 Mackin Road | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47400 | James Milton | 2901 IROQUOIS AVE | FLINT | MI | 48505 | Self | 2901 IROQUOIS AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 36506 | Steve Dilley | 2902 Dearborn Ave | Flint | MI | 48507 | Self | 2902 Dearborn Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47207 | Tracy G Strong | 2910 Cherokee Ave | Flint | MI | 48507 | Self | 2910 Cherokee Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 27922 | Clifford Carlin | 2920 Douglas Ave | Flint | MI | 48506 | Self | 2920 Douglas Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 33396 | | 2926 Franklin Ave | Flint | MI | 48506 | Minor | 2926 Franklin Ave | Flint | MI | AB | Veronica Triplett | 4/24/2014 | Present | | |
| 46844 | | 2926 Franklin Ave | Flint | MI | 48506 | Minor | 2926 Franklin Ave | Flint | MI | MB | Veronica Triplett | 4/24/2014 | Present | | |
| 33395 | Veronica Triplett | 2926 Franklin Ave | Flint | MI | 48506 | Self | 2926 Franklin Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 32182 | Ronald Crain | 2932 Concord Street | Flint | MI | 48504 | Self | 2932 Concord Street | Flint | MI | | | 4/24/2014 | Present | | |
| 37572 | Sonya Waters | 2933 Begole | Flint | MI | 48504 | Self | 2933 Begole | Flint | MI | | | 4/24/2014 | Present | | |
| 36618 | Pat Fields | 2937 Mallery Street | Flint | MI | 48504 | Self | 2937 Mallery Street | Flint | MI | | | 4/24/2014 | Present | | |
| 46851 | | 2938 Mallery St. | Flint | MI | 48506 | Minor | 2938 Mallery Street | Flint | MI | JF | Lisa Flowers | 4/24/2014 | Present | | Present |
| 32220 | Lisa Flowers | 2938 Mallery St. | Flint | MI | 48506 | Self | 2938 Mallery Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 43128 | Helen Hopson | 2943 Concord Street | Flint | MI | 48504 | Self | 2943 Concord Street | Flint | MI | | | 4/24/2014 | Present | | |
| 36001 | Ardella Henderson | 2950 Helber St. | Flint | MI | 48504 | Self | 2950 Helber St. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 45980 | | 2957 STONEGATE DR | FLINT | MI | 48507 | Minor | 2957 STONEGATE DR | FLINT | MI | MB | Meoceana Callahan | 4/24/2014 | Present | | |
| 45979 | | 2957 STONEGATE DR | FLINT | MI | 48507 | Minor | 2957 STONEGATE DR | FLINT | MI | EB | Meoceana Callahan | 4/24/2014 | Present | | |
| 45492 | Meoceana Callahan | 2957 STONEGATE DR | FLINT | MI | 48507 | Self | 2957 STONEGATE DR | FLINT | MI | | | 4/24/2014 | Present | | |
| 11833 | Mark Mayberry | 1020 Woodside Drive | Flint | MI | 48503 | Self | 300 S. Sykes Creek Parkway Unit 804 | Merritt Island | FL | | | 4/24/2014 | Present | | Present |
| 47309 | Jermarx Marsh | 30006 Gregory St | Grand Blanc | MI | 48439 | Self | 30006 GREGORY ST | GRAND BLANC | MI | | | 4/24/2014 | Present | | |
| 32146 | Kerry Webb | 3001 Wolcott Street | Flint | MI | 48504 | Self | 3001 Wolcott Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 31995 | Emma Webb | 3001 Wolcott Street | Flint | MI | 48504 | Self | 3001 Wolcott Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36522 | Trina Hamilton | 301 E RIDGEWAY AVE | FLINT | MI | 48505 | Self | 301 E RIDGEWAY AVE | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 43200 | Geraldine Clark | 301 West Parkway Avenue | Flint | MI | 48505 | Self | 301 West Parkway Avenue PO Box 450 (zip code 48501) | Flint | MI | | | 4/24/2014 | Present | | |
| 36619 | Bernice Moss | 3010 Kellar Avenue | Flint | MI | 48504 | Self | 3010 Kellar Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 42641 | Dolores Boggs Taylor | 3013 Menominee Ave | Flint | MI | 48507 | Self | 3013 Menominee Avenue | Flint | MI | | | 4/24/2014 | Present | | |
| 28451 | Evelyn Vaughn | 3018 Berkley st | Flint | MI | 48507 | Self | 3018 Berkley st | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36071 | Rubie Johnson | 3018 Circle Dr. | Flint | MI | 48507 | Self | 3018 Circle Dr. | Flint | MI | | | 4/24/2014 | Present | | |
| 43439 | Laurence W Moore | 302 East Atherton Road | Flint | MI | 48507 | Self | 302 East Atherton Road | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36461 | Toniea Johnson | 302 W Gracelawn Ave | Flint | MI | 48505 | Self | 302 W Gracelawn Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 28795 | Norah Edwards | 302 West Russell Ave | Flint | MI | 48505 | Self | 302 West Russell Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 35966 | Porter Cooper | 302 West Stewart Ave. | Flint | MI | 48505 | Self | 302 West Stewart Ave. | Flint | MI | | | 4/24/2014 | Present | | |
| 32324 | Veronica Cole | 3029 Clement Street | Flint | MI | 48504 | Self | 3029 Clement Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36006 | Robert Edmonds | 305 West Pulaski Ave. | Flint | MI | 48505 | Self | 305 West Pulaski Ave. | Flint | MI | | | 4/24/2014 | Present | | |
| 42468 | Juliette Atheins | 3057 Ayre Ct | Flint | MI | 48506 | Self | 3057 Ayre Ct | Flint | MI | | | 4/24/2014 | Present | | |
| 35536 | Ozie Holbrook | 306 W Pierson Rd | Flint | MI | 48505 | Self | 306 W Pierson Rd | Flint | MI | | | 4/24/2014 | Present | | Present |
| 35681 | Tina Muhammad | 3067 WAGON TRL | Flint | MI | 48507 | Self | 3067 WAGON TRL | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 15273 | Leatrice Brock | 310 W. Piper Avenue | Flint | MI | 48505 | Self | 310 W. Piper Avenue | Flint | MI | | | 4/24/2014 | Present | | |
| 47142 | Rochell White | 3105 Concord Street | Flint | MI | 48504 | Self | 3105 Concord St | Flint | MI | | | 4/24/2014 | Present | | |
| 42438 | Lashunda Gibson | 3107 Deer Lane | Flint | MI | 48507 | Self | 3107 Deer Lane | Flint | MI | | | 4/24/2014 | Present | | |
| 45488 | Jamal Nadir | 3109 NORWOOD DR | FLINT | MI | 48503 | Self | 3109 NORWOOD DR | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 32302 | Walter Lee | 3111 Dupont St | Flint | MI | 48506 | Self | 3111 Dupont St | Flint | MI | | | 4/24/2014 | Present | | |
| 33498 | Walter Lee | 3111 Dupont St | Flint | MI | 48506 | Self | 3111 Dupont St | Flint | MI | | | 4/24/2014 | Present | | |
| 32979 | | 3111 Fleming Rd | Flint | MI | 48504 | Minor | 3111 Fleming Rd | Flint | MI | JB | Bruce Tolbert | 4/24/2014 | Present | | Present |
| 32732 | Bruce Tolbert | 3111 Fleming Rd | Flint | MI | 48504 | Self | 3111 Fleming Rd | Flint | MI | | | 4/24/2014 | Present | | Present |
| 32982 | Patricia Tolbert | 3111 Fleming Rd | Flint | MI | 48504 | Self | 3111 Fleming Rd | Flint | MI | | | 4/24/2014 | Present | | Present |
| 32562 | Kiara Tiggs | 3111 Fleming Rd | Flint | MI | 48504 | Self | 3111 Fleming Rd | Flint | MI | | | 4/24/2014 | Present | | |
| 21283 | Rickey Hendershot | 3114 Thom St | Flint | MI | 48506 | Self | 3114 Thom St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 33867 | Sylvia Green | 3118 Court St | Flint | MI | 48503 | Self | 3118 Court St | Flint | MI | | | 4/24/2014 | Present | | |
| 33898 | Tyree Green | 3118 Court St | Flint | MI | 48503 | Self | 3118 Court St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 37203 | | 3118 McClure | Flint | MI | 48506 | Minor | 3118 McClure | Flint | MI | TW | Dondrell Smith | 4/24/2014 | Present | | Present |
| 38371 | Josephine Blake | 3119 Begole St | Flint | MI | 48504 | Self | 3119 Begole St | Flint | MI | | | 4/24/2014 | Present | | |
| 38898 | Sam Blake | 3119 Begole St. | Flint | MI | 48504 | Self | 3119 Begole St. | Flint | MI | | | 4/24/2014 | Present | | |
| 42272 | Brenda Towner | 3119 Berkley Street | Flint | MI | 48504 | Self | 3119 Berkley Street | Flint | MI | | | 4/24/2014 | Present | | |
| 31968 | Doreatha Swift | 3120 Sloan Street | Flint | MI | 48504 | Self | 3120 Sloan St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 40194 | Johnishia Bradley | 3123 Berkley St | Flint | MI | 48504 | Self | 3123 Berkley St | Flint | MI | | | 4/24/2014 | Present | | |
| 40193 | | 3123 Berkley St. | Flint | MI | 48504 | Minor | 3123 Berkley St. | Flint | MI | AW | Mary Williams | 4/24/2014 | Present | | Present |
| 40191 | Mary Williams | 3123 Berkley Street | Flint | MI | 48504 | Self | 3123 Berkley Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47138 | Leatha J Daniels | 3127 Mccollum Ave | Flint | MI | 48504 | Self | 3127 Mccollum Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 40177 | Francis French | 3129 Berkley St | Flint | MI | 48504 | Self | 3129 Berkley St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 45700 | Jermaine Tipton | 313 PAGE ST | FLINT | MI | 48505 | Self | 313 PAGE ST | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 47768 | | 3134 BEGOLE ST | FLINT | MI | 48504 | Minor | 3134 BEGOLE ST | FLINT | MI | GL | Stephanie Winfrey | 4/24/2014 | Present | | Present |

Case 5:20-cv-10356-JEL-APP   ECF No. 1-1, PageID.11   Filed 02/11/20   Page 2 of 3

Nard, et al. v. Snyder, et al.
Exhibit A

| File_No | Name | Affected Address | City | State | Zip | Capacity | Current Address | City | State of Residence | Child's Initials | Fiduciary | Exposure Start | Exposure End | Property Ownership Start | Property Ownership End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28303 | Stephanie Winfrey | 3134 Begole St | Flint | MI | 48504 | Self | 3134 BEGOLE ST | Flint | MI | | | 4/24/2014 | Present | | Present |
| 46232 | Vera Styles | 314 W MARENGO AVE | FLINT | MI | 48505 | Self | 314 W MARENGO AVE | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 35897 | Tina Johnson | 314 West Thackery Ave | Flint | MI | 48505 | Self | 314 West Thackery Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 32930 | Rackael Mays | 317 E. Myrtle Ave. | Flint | MI | 48505 | Self | 317 E. Mytle Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 32777 | | 317 E. Mytle Ave | Flint | MI | 48505 | Minor | 317 E. Mytle Ave | Flint | MI | SB | Rackael Mays | 4/24/2014 | Present | | Present |
| 48601 | Delorise Bell | 3172 Wagon Trl | Flint | MI | 48507 | Self | 3172 WAGON TRL | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 46394 | Jeffrey Jones | 721 Clinton St | Flint | MI | 48507 | Self | 3179 Spruce St | National City | MI | | | 4/24/2014 | Present | | Present |
| 41898 | Johnny Nelson | 318 W. Pulaski Ave | Flint | MI | 48505 | Self | 318 W. Pulaski Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47431 | | 3195 MARTHAROSE CT | FLINT | MI | 48504 | Minor | 3195 MARTHAROSE CT | FLINT | MI | MG | Maresa Davidson | 4/24/2014 | Present | | Present |
| 46747 | | 3201 Chambers St | Flint | MI | 48507 | Minor | 3201 Chambers St | Flint | MI | JD | Hazel Mobley | 4/24/2014 | Present | | Present |
| 46603 | | 3201 Chambers St | Flint | MI | 48507 | Minor | 3201 Chambers St | Flint | MI | JD | Hazel Mobley | 4/24/2014 | Present | | Present |
| 35915 | Fred Jones | 3201 Mason Street | Flint | MI | 48505 | Self | 3201 Mason Street | Flint | MI | | | 4/24/2014 | Present | | |
| 44799 | Kelly Lewis | 3202 Camden Ave | Flint | MI | 48507 | Self | 3202 Camden Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 47109 | Sandra F. Graham | 3202 Proctor Ave | Flint | MI | 48504 | Self | 3202 Proctor Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 20742 | Lori Durance | 3205 Dale Ave | Flint | MI | 48506 | Self | 3205 Dall Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 33294 | Julie Brown | 3207 Leith Street | Flint | MI | 48506 | Self | 3207 Leith Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47398 | | 3209 RISEDORPH AVE | FLINT | MI | 48506 | Minor | 3209 RISEDORPH AVE | FLINT | MI | RB | Louise Brown | 4/24/2014 | Present | | |
| 47396 | Louise Brown | 3209 RISEDORPH AVE | FLINT | MI | 48506 | Self | 3209 RISEDORPH AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 44944 | | 321 DELIA ST | FLINT | MI | 48505 | Minor | 321 DELIA ST | FLINT | MI | PW | Prennicea Horton | 4/24/2014 | Present | | Present |
| 44943 | Prennicea Horton | 321 DELIA ST | FLINT | MI | 48505 | Self | 321 DELIA ST | FLINT | MI | | | 4/24/2014 | Present | | |
| 32402 | Melinda Brown | 321 E Dartmouth St | Flint | MI | 48505 | Self | 321 E Dartmouth St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 42000 | Phillip McAuliffe | 321 Sheffield Avenue Apt. 272 A | Flint | MI | 48504 | Self | 321 Sheffield Avenue Apt. 272 A | Flint | MI | | | 4/24/2014 | Present | | |
| 45733 | | 3213 BUICK ST # NO.112 | FLINT | MI | 48505 | Minor | 3213 BUICK ST # NO.112 | FLINT | MI | KF | Andrea Mabry | 4/24/2014 | Present | | |
| 47306 | Samuel Stewart | 3213 Forest Hill Ave | Flint | MI | 48504 | Self | 3213 FOREST HILL AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 28683 | Kerry Bonnett | 3216 Circle Dr. | Flint | MI | 48507 | Self | 3216 Circle Dr. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 10927 | | 3217 Buick St Apt 101 | Flint | MI | 48505 | Minor | 3217 Buick St Apt 101 | Flint | MI | GI | Monique Muschatt | 4/24/2014 | Present | | |
| 45879 | Justin Wilson | 3217 BUICK ST APT 101 | FLINT | MI | 48505 | Self | 3217 BUICK ST APT 101 | Flint | MI | | | 4/24/2014 | Present | | |
| 42500 | | 3217 Fleming Rd | Flint | MI | 48504 | Minor | 3217 Fleming Rd | Flint | MI | KT | Beverly Tucker | 4/24/2014 | Present | | Present |
| 42499 | | 3217 Fleming Rd | Flint | MI | 48504 | Minor | 3217 Fleming Rd | Flint | MI | CW | Beverly Tucker | 4/24/2014 | Present | | |
| 42498 | | 3217 Fleming Rd | Flint | MI | 48504 | Minor | 3217 Fleming Rd | Flint | MI | CW | Beverly Tucker | 4/24/2014 | Present | | |
| 42496 | Beverly Tucker | 3217 Fleming Rd | Flint | MI | 48504 | Self | 3217 Fleming Rd | Flint | MI | | | 4/24/2014 | Present | | |
| 36840 | Norma Avery | 322 West Philadelphia Boulevard | Flint | MI | 48505 | Self | 322 West Philadelphia Boulevard | Flint | MI | | | 4/24/2014 | Present | | |
| 40196 | Darnice Walters-Hoag | 3221 Helber St. | Flint | MI | 48504 | Self | 3221 Helber  St. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 46884 | | 3224 North Averill Ave | Flint | MI | 48506 | Minor | 3224 North Averill Ave | Flint | MI | DW | Vivian Dusa | 4/24/2014 | Present | | |
| 32541 | Belinda Brown | 3226 Lawndale Avenue | Flint | MI | 48504 | Self | 3226 Lawndale Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 26668 | Cassandra Clifton | 3230 N Stevenson Street | Flint | MI | 48504 | Self | 3230 N Stevenson Street | Flint | MI | | | 4/24/2014 | Present | | |
| 43479 | Charles Clifton | 3230 N.Stevenson St | Flint | MI | 48504 | Self | 3230 N.Stevenson St | Flint | MI | | | 4/24/2014 | Present | | |
| 45474 | Martha Walker | 3231 BIRCH LANE DR | Flint | MI | 48504 | Self | 3231 BIRCH LANE DR | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 48602 | Doris Allen | 329 W ELDRIDGE AVE | FLINT | MI | 48505 | Self | 329 W ELDRIDGE AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 47476 | Carolyn Bennett | 330 E Philadelphia Blvd | Flint | MI | 48505 | Self | 330 E Philadelphia Blvd | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36298 | Delores Horne | 330 East Pulaski Avenue | Flint | MI | 48505 | Self | 330 East Pulaski Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 32514 | Jeanette Granberry | 3306 Mackin Road | Flint | MI | 48504 | Self | 3306 Mackin Road | Flint | MI | | | 4/24/2014 | Present | | |
| 27838 | Maurice Lever | 3308 Helber St | Flint | MI | 48504 | Self | 3308 Helber St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 16191 | Eric Gatewood | 3311 Van Buren Ave | Flint | MI | 48503 | Self | 3311 Van Buren Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 16190 | Eric Gatewood | 3311 Van Buren Ave | Flint | MI | 48503 | Self | 3311 Van Buren Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 32418 | Kathleen Sturdivant | 3312 Bennett Ave | Flint | MI | 48506 | Self | 3312 Bennett Ave, | Flint | MI | | | 4/24/2014 | Present | | |
| 33173 | T'Keyah Sturdivant | 3312 Bennett Ave, | Flint | MI | 48506 | Self | 3312 Bennett Avenue, | Flint | MI | | | 4/24/2014 | Present | | |
| 32969 | Kayla Sturdivant | 3312 Bennett Ave. | Flint | MI | 48506 | Self | 3312 Bennett Avenue, | Flint | MI | | | 4/24/2014 | Present | | |
| 32456 | Horace Sturdivant, Jr. | 3312 Bennett Ave. | Flint | MI | 48506 | Self | 3312 Bennett Avenue, | Flint | MI | | | 4/24/2014 | Present | | |
| 45494 | Lawrence Cooley | 3314 IROQUOIS AVE | FLINT | MI | 48505 | Self | 3314 IROQUOIS AVE | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 35945 | David Gaines | 3316 Jacque St. | Flint | MI | 48532 | Self | 3316 Jacque St. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 30289 | Jeffrey August | 3320 Dakota Ave | Flint | MI | 48506 | Self | 3320 Dakota Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 31579 | Sandra Holland-August | 3322 Wolcott St | Flint | MI | 48504 | Self | 3322 Wolcott St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47867 | | 334 E GRACELAWN AVE | FLINT | MI | 48505 | Minor | 334 E GRACELAWN AVE | FLINT | MI | SF | Crystal Freels | 4/24/2014 | Present | | |
| 47595 | Crystal M. Freels | 334 E Gracelawn Ave | Flint | MI | 48505 | Self | 334 E Gracelawn Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 43263 | Joel B Alfaro | 3402 Briarwood Drive | Flint | MI | 48507 | Self | 3402 Briarwood Drive | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47664 | Douglas Hill | 3402 Yale St | Flint | MI | 48503 | Self | 3402 Yale St | Flint | MI | | | 4/24/2014 | Present | | |
| 31547 | Lucretia Coleman | 3406 Van Buren Ave | Flint | MI | 48503 | Self | 3406 Van Buren Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 28102 | Ashley Mclenna | 3407 W Lake Rd | Flint | MI | 48505- | Self | 3407 W Lake Rd | Flint | MI | | | 4/24/2014 | Present | | Present |
| 28062 | Matthew Mclenna | 3407 W Lake Rd. | Flint | MI | 48505 | Self | 3407 W Lake Rd. | Flint | MI | | | 4/24/2014 | Present | | |
| 47389 | | 341 E SHERMAN AVE | FLINT | MI | 48505 | Minor | 341 E SHERMAN AVE | FLINT | MI | LB | Sheana Owens | 4/24/2014 | Present | | |
| 30198 | Carmon Billings | 3411 Forest Hill Ave | Flint | MI | 48504 | Self | 3411 Forest Hill Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47896 | Cecil S James Jr | 3411 Winona St | Flint | MI | 48504 | Self | 3411 Winona St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 20528 | Tonia Walker | 3417 Sterling | Flint | MI | 48504 | Self | 3417 Sterling | Flint | MI | | | 4/24/2014 | Present | | Present |
| 37653 | | 3419 Winona Street | Flint | MI | 48504 | Minor | 3419 Winona Street | Flint | MI | SB | Theodore Bowie | 4/24/2014 | Present | | Present |
| 37655 | | 3419 Winona Street | Flint | MI | 48504 | Minor | 3419 Winona Street | Flint | MI | IB | Theodore Bowie | 4/24/2014 | Present | | Present |
| 37654 | | 3419 Winona Street | Flint | MI | 48504 | Minor | 3419 Winona Street | Flint | MI | IB | Theodore Bowie | 4/24/2014 | Present | | Present |
| 32585 | Victoria Harris | 3420 Fleming Road | Flint | MI | 48504 | Self | 3420 Fleming Road | Flint | MI | | | 4/24/2014 | Present | | |
| 36683 | Taylor Baker | 3421 Lawndale Avenue | Flint | MI | 48504 | Self | 3421 Lawndale Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47228 | Vicki George | 3421 Mallery St | Flint | MI | 48504 | Self | 3421 MALLERY ST | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 47722 | | 3425 LAPEER RD APT 48 | FLINT | MI | 48503 | Minor | 3425 LAPEER RD APT 48 | FLINT | MI | EK | Lakeitha Webster | 4/24/2014 | Present | | |
| 47719 | | 3425 LAPEER RD APT 48 | FLINT | MI | 48503 | Minor | 3425 LAPEER RD APT 48 | FLINT | MI | DW | Lakeitha Webster | 4/24/2014 | Present | | |
| 47715 | Lakeitha Webster | 3425 LAPEER RD APT 48 | Flint | MI | 48503 | Self | 3425 LAPEER RD APT 48 | Flint | MI | | | 4/24/2014 | Present | | |
| 37848 | Karen Mushatt Conway | 3438 Rangeley Drive | Flint | MI | 48503 | Self | 3438 Rangeley Drive | Flint | MI | | | 4/24/2014 | Present | | |
| 47905 | Yolanda R. Harrison | 3480 Hawthorne Dr | Flint | MI | 48503 | Self | 3480 Hawthorne Dr | Flint | MI | | | 4/24/2014 | Present | | Present |
| 35734 | Marjorie Chapman | 3486 West Coldwater Rd | Mt. Morris | MI | 48458 | Self | 3486 West Coldwater Rd. | Mt. Morris | MI | | | 4/24/2014 | Present | | |
| 47352 | | 349 E PHILADELPHIA BLVD | FLINT | MI | 48505 | Minor | 349 E PHILADELPHIA BLVD | FLINT | MI | KW | Shadraea Williams | 4/24/2014 | Present | | |
| 47350 | Shadraea Williams | 349 E PHILADELPHIA BLVD | FLINT | MI | 48505 | Self | 349 E PHILADELPHIA BLVD | FLINT | MI | | | 4/24/2014 | Present | | |
| 42616 | Camika Howard | 3501 Yale Street | Flint | MI | 48503 | Self | 3501 Yale Street | Flint | MI | | | 4/24/2014 | Present | | |
| 32772 | Brenda Grayson | 3505 Mason Street | Flint | MI | 48506 | Self | 3505 Mason Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36307 | Robert Weston | 3506 Fleming Road | Flint | MI | 48504 | Self | 3506 Fleming Road | Flint | MI | | | 4/24/2014 | Present | | Present |
| 35735 | Felisa White | 3508 Easthampton Dr. | Flint | MI | 48503 | Self | 3508 Easthampton Dr. | Flint | MI | | | 4/24/2014 | Present | | Present |

Case 5:20-cv-10356-JEL-APP   ECF No. 1-1, PageID.12   Filed 02/11/20   Page 3 of 3

Nard, et al. v. Snyder, et al.
Exhibit A

| File_No | Name | Affected Address | City | State | Zip | Capacity | Current Address | City | State of Residence | Child's Initials | Fiduciary | Exposure Start | Exposure End | Property Ownership Start | Property Ownership End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47627 | Marilyn L. Davis | 351 E Van Wagoner Ave | Flint | MI | 48505 | Self | 351 E Van Wagoner Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 31552 | Dessie Buckley | 3510 Robin Street | Flint | MI | 48506 | Self | 3510 Robin Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 43626 | Alywone Weston | 3513 Trumbull Avenue | Flint | MI | 48504 | Self | 3513 TRUMBULL AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 27721 | Kathleen Kinde | 3514 Yale St | Flint | MI | 48503 | Self | 3514 Yale St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 33487 | Valarie Hill | 3521 Lawndale Avenue | Flint | MI | 48506 | Self | 3521 Lawndale Avenue | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47706 | Heinitsh Earl Woodson | 3528 Kent St | Flint | MI | 48503 | Self | 3528 Kent St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36000 | M. Dorothy Gillespie | 3528 Lynn St. | Flint | MI | 48503 | Self | 3528 Lynn St. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 26753 | Byron Montrel | 353 E Vanwagoner St | Flint | MI | 48505 | Self | 353 E Vanwagoner St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 41455 | Javarious Taylor | 3530 Chambers Street | Flint | MI | 48507 | Self | 3530 Chambers Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 45548 | Berdie Johnson | 3545 Hawthorne Drive | Flint | MI | 48503 | Self | 3545 Hawthorne Drive | Flint | MI | | | 4/24/2014 | Present | | |
| 47331 | Rayna Bauer | 3601 PENBROOK LN Apt 5 | FLINT | MI | 48507 | Self | 3601 PENBROOK LN Apt 5 | FLINT | MI | | | 4/24/2014 | Present | | |
| 47312 | Ladel Lewis | 3602 KENT ST | FLINT | MI | 48503 | Self | 3602 KENT ST | FLINT | MI | | | 4/24/2014 | Present | | |
| 47316 | | 3605 HERRICK ST | Flint | MI | 48532 | Minor | 3605 HERRICK ST | Flint | MI | DW | Maurice Wright | 4/24/2014 | Present | | |
| 32816 | Christine Johnson | 3605 Robin Street | Flint | MI | 48505 | Self | 3605 Robin Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 35890 | Alice Bogan | 3612 East Hampton Drive | Flint | MI | 48503 | Self | 3612 East Hampton Drive | Flint | MI | | | 4/24/2014 | Present | | Present |
| 21109 | Robert Webster | 3617 Chambers Street | Flint | MI | 48507 | Self | 3617 Chambers Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36363 | Lue Jean Taylor | 3623 Pingree Ave | Flint | MI | 48503 | Self | 3623 Pingree Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 41476 | | 3624 Stonegate Dr. | Flint | MI | 48507 | Minor | 3624 Stonegate Drive | Flint | MI | MD | LaPamela Jones | 4/24/2014 | Present | | |
| 41474 | Dre'Shavon Jones | 3624 Stonegate Dr. | Flint | MI | 48507 | Self | 3624 Stonegate Drive | Flint | MI | | LaPamela Jones | 4/24/2014 | Present | | |
| 26566 | Lapamela Jones | 3624 Stonegate Dr. | Flint | MI | 48507 | Self | 3624 Stonegate Drive | Flint | MI | | | 4/24/2014 | Present | | |
| 31711 | Carolyn Buckley | 3625 Robin Street | Flint | MI | 48506 | Self | 3625 Robin Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 42483 | Arlene Sparks | 3641 Wagon Trail | Flint | MI | 48506 | Self | 3641 Wagon Trail | Flint | MI | | | 4/24/2014 | Present | | Present |
| 38306 | Juaice Lamar | 3701 Twilight Dr | Flint | MI | 48506 | Self | 3701 Twilight Dr | Flint | MI | | | 4/24/2014 | Present | | |
| 42726 | Troy Arrington | 3702 Esther Street | Flint | MI | 48504 | Self | 3702 Esther Street | Flint | MI | | | 4/24/2014 | Present | | |
| 36030 | Michael Harris | 3702 Seneca St. | Flint | MI | 48504 | Self | 3702 Seneca St. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47203 | Tracie Monge | 3702 Trumbull Ave | Flint | MI | 48504 | Self | 3702 Trumbull Ave | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47942 | Debra Y Allen | 3706 Wisner St | Flint | MI | 48504 | Self | 3706 Wisner St | Flint | MI | | | 4/24/2014 | Present | | |
| 42456 | Alma Hardy | 3712 Suncrest Dr. | Flint | MI | 48504 | Self | 3712 Suncrest Dr. | Flint | MI | | | 4/24/2014 | Present | | |
| 32401 | Joe Kirkland | 3713 Fleming Rd. | Flint | MI | 48504 | Self | 3713 Fleming Rd. | Flint | MI | | | 4/24/2014 | Present | | Present |
| 45446 | Billie Lindo | 3713 Kent Street | Flint | MI | 48503 | Self | 3713 KENT ST | FLINT | MI | | | 4/24/2014 | Present | | Present |
| 37106 | Luella Marzette | 3718 Race Street | Flint | MI | 48504 | Self | 3718 Race Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36623 | Jeanett Johnson | 3721 Lippincott Blvd | Flint | MI | 48507 | Self | 3721 Lippincott Blvd | Flint | MI | | | 4/24/2014 | Present | | Present |
| 43121 | Annie M Duncan | 3731 Evergreen Parkway | Flint | MI | 48503 | Self | 3731 Evergreen Parkway | Flint | MI | | | 4/24/2014 | Present | | Present |
| 36595 | Colvin Arnold | 3737 Providence Street | Flint | MI | 48503 | Self | 3737 Providence Street | Flint | MI | | | 4/24/2014 | Present | | Present |
| 47304 | Isaac Kemp | 3748 GLOUCESTER ST | FLINT | MI | 48503 | Self | 3748 GLOUCESTER ST | FLINT | MI | | | 4/24/2014 | Present | | |
| 47641 | Doris Marie Brown | 3800 Richfield Rd APT 303 | Flint | MI | 48506 | Self | 3800 Richfield Rd APT 303 | Flint | MI | | | 4/24/2014 | Present | | |